```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No. 08-30029-MAP
                              )
FOTIOS A. GEAS, JR,           )
     Defendant                )
```

INFORMATION

Comes now the United States of America, by and through Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Todd E. Newhouse, Assistant United States Attorney, pursuant to Title 18, United States Code, Section 3559(c)(1), and states that it is the intent of the United States to rely upon previous serious violent felony convictions of defendant FOTIOS A. GEAS, JR., to increase the punishment that may be imposed by this Court upon defendant FOTIOS A. GEAS, JR.'S conviction for the serious violent felony offense alleged in Count One of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding FOTIOS A. GEAS, JR., are the following: 1) felony convictions of: guilty for Assault and Battery with a Dangerous Weapon, to wit a Bat or Other Blunt Object, Docket Number 04942-1, entered on February 22, 2005; guilty for Assault and Battery with a Dangerous Weapon, to wit a Shod Foot, Docket Number 04942-2, entered on February 22, 2005; and guilty for Assault and Battery with a Dangerous Weapon, to wit a Bat or

1

Other Blunt Object, Docket Number 04942-4, entered on February 22, 2005; in Hampden County Superior Court, Springfield, Massachusetts; and

2) felony convictions of guilty for Assault and Battery by Means of a Dangerous Weapon, to wit: an Automobile, Docket Number 9323CR4797C-D, entered on August 25, 1993, in Springfield District Court, Springfield, Massachusetts.

Certified copies of the convictions are being maintained by the government.

Filed this 19th day of November, 2009.

> Respectfully submitted,
>
> CARMEN M. ORTIZ
> United States Attorney
>
> /s/ Todd E. Newhouse
> TODD E. NEWHOUSE
> Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            November 19, 2009

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via ECF to all counsel of record.

> /s/ Todd E. Newhouse
> TODD E. NEWHOUSE
> Assistant U.S. Attorney

2