UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) NO. 08-CR-30029-MAP
)
FOTIOS A. GEAS, JR. )

MEMORANDUM AND ORDER REGARDING DEFENDANT'S
SUPPLEMENTAL MOTION FOR DISCOVERY
(Dkt. No. 57)

November 30, 2009

PONSOR, D.J.

The court recently issued a memorandum regarding Defendant's Motion for Discovery (Dkt. No. 53). The rulings on this supplemental motion should be viewed in light of the preliminary comments and authorities cited by the court in making its ruling on that earlier motion.

The court rules as follows.

A. With regard to the request for the complete prison records of Emo Gonzalez, Mario Embesi, and Frankie Roche, the motion is DENIED. Defense counsel has offered no more than pure speculation with regard to their entitlement to discovery of this information.

B. With regard to the request for the complete Witness Security files for Frankie Roche, the motion is DENIED. Again, no authority is offered in support of the request, and no specific identification of exculpatory or other discoverable material is offered.

C. With regard to the request for all medical records for Frankie Roche, the motion is ALLOWED with regard to any medical records available to the government relating to the injury received by Roche when he was shot by a government agent at the time of his arrest. It is undisputed that Roche was shot during the course of his arrest, that he later filed a civil law suit seeking damages based upon this shooting, and that he ultimately obtained a significant monetary settlement from the government. The medical records that supported this civil claim and that resulted in a substantial benefit to the witness are relevant to the issue of promises, rewards, and inducements, and are therefore discoverable. Beyond this, the motion for medical records is DENIED.

D. With regard to the request for all discovery documents related to the civil complaint, the motion is DENIED, on ground that the request is too vague and

speculative. Moreover, defense counsel has the same access to public records related to the civil case that government counsel has.

E. With regard to the request for a complete set of unredacted witness statements and unredacted FBI 302's, the motion is DENIED, without prejudice. The government's status report in response to request (Dkt. No. 63) confirms that Defendant has suffered no prejudice as a result of these redactions.

It is So Ordered.

/s/ Michael A. Ponsor

MICHAEL A. PONSOR
United States District Judge